UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JEF GIERINGER, *Plaintiff*, v. THE CINCINNATI INSURANCE COMPANIES, *Defendant*. | Case No. 3:08-cv-267 Judge Mattice |

## JUDGMENT

This case came before the Court on Defendant's motion for summary judgment. The Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision on the motion,

It is **ORDERED and ADJUDGED**

that Plaintiff Jeff Gieringer take nothing, and that the action be **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 4th day of February, 2011.

/s/ Patricia L. McNutt
PATRICIA L. McNUTT
CLERK OF COURT